## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2004 M |
| v. ) | |
| ) | |
| Jonah Adelman and, ) | |
| Enrico Botta, ) | |
| Defendants ) | |

### GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and all other paperwork related to this matter, until October 22, 2004. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Nancy Rue
Assistant U.S. Attorney

OCT 15 2004

ALLOWED. The matter will be unsealed on 10/22/04 at 5:00 pm.