AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

JONAH ADELMAN

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 2004M0499RBC-01

I, JONAH ADELMAN, charged in a ☒ complaint ☐ petition pending in this District possession of oxycodone in violation of 21, U.S.C., 846, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☒ hearing.

_____
Defendant

_____
Date

_____
Counsel for Defendant