AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

## APPEARANCE

Case Number: 2004 M - 0499 - 01 RBC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jonah Adelman

I certify that I am admitted to practice in this court.

10-22-04
Date

Signature

Joshua P. Werner    52299
Print Name          Bar Number

944 Washington ST
Address

Easton     MA     02375
City       State   Zip Code

508-238-4353    238-2036
Phone Number    Fax Number

OCT 22 2004