# United States District Court
# District of Massachusetts

**UNITED STATES OF AMERICA**

   v.     MAGISTRATE JUDGE'S DOCKET
            NO. 2004m0499RBC-01

**JOSHUA ADELMAN,**
   Defendant.

## *ORDER OF TEMPORARY*
## *DETENTION PENDING HEARING*
## *PURSUANT TO BAIL REFORM ACT*

**COLLINGS, U.S.M.J.**

  Upon the allowance of the motion of the defendant, it is ORDERED that the DETENTION HEARING be, and the same hereby is, CONTINUED to *WEDNESDAY, OCTOBER 27, 2004 AT 12 NOON before the Honorable Lawrence P. Cohen at Courtroom #23, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.*

  Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

         */s/ Robert B. Collings*
         **ROBERT B. COLLINGS**
         United States Magistrate Judge

**October 22, 2004.**