UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                      Cr. No. 04-00499

JONAH ADELMAN

NOTICE OF APPEARANCE

I hereby enter my appearance as attorney for Jonah Adelman

Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
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

November 11, 2004