UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                          Cr. No. 04-00499

JONAH ADELMAN

<u>DEFENDANT'S ASSENTED TO MOTION TO ENLARGE TIME TO FILE</u>

Defendant Jonah Adelman, by his attorney, moves that this Court enlarge the time for him to file documents relating to his conditions of release (recorded mortgage and real estate appraisal) from November 19 to November 24, 2004.

Defendant states that he has the real estate appraisal in hand, will have the executed mortgage tomorrow and should be able to file same in the Middlesex Registry of Deeds not later than Monday. The requested time allows for counsel's miscalculation of his available time to complete everything.

AUSA Nancy Rue assents to this motion.

JONAH ADELMAN
By his attorney,

Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
▬▬▬▬▬▬

November 17, 2004